**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

**ROBERT E. CLOYD,**

    **Plaintiff,**

    **vs.**

**Case No. 3:16-cv-01193
JUDGE ALETA A. TRAUGER
Magistrate Judge King**

**SOCIAL SECURITY ADMINISTRATION,**

    **Defendant.**

## ORDER

This is an action instituted under the provisions of 42 U.S.C. §§ 405(g), 1383 for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income. On August 11, 2017, the United States Magistrate Judge recommended that Plaintiff's Motion for Judgment (Doc. No. 33) be granted, that the decision of the Commissioner be reversed, and that the matter be remanded to the Commissioner pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further consideration of the opinion of Tamer Dabous, M.D. Report and Recommendation (Doc. 37). Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation (Doc. 37) is **ADOPTED AND AFFIRMED.** Plaintiff's Motion for Judgment (Doc. 33) is **GRANTED.** The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the

Commissioner for further consideration of the opinion of Tamer Dabous, M.D. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

It is so ORDERED.

ENTER this 6th day of September 2017.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE